UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                    -against-

ZYRELL WILLIAMS,

                                  Defendant.

-----------------------------------------------------------X

**MEMORANDUM**

22 Cr. 640 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

        Please find attached a transcript of the March 12, 2025, plea allocution over which I

presided, setting forth my Report and Recommendation to you.  Please let me know if I can be

of further assistance.


Dated:  March 27, 2025
            White Plains, New York

                                        Respectfully submitted,

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge

March 27, 2025

    This transcript represents my Report and Recommendation to the Honorable

Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge